IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CIVIL ACTION NO. 1:14-CV-2339 |
| **Plaintiff** | : | |
| | : | **(Chief Judge Conner)** |
| v. | : | |
| | : | |
| **JESSICA L. KEISTER** and | : | |
| **MARTIN W. KEISTER**, | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 15th day of March, 2016, upon consideration of plaintiff's motion for confirmation of public sale (Doc. 12), which states that notice has been given to all lien holders of record and no objection has been made to the sale within the thirty (30) day period, it is hereby ORDERED as follows:

1. That the public sale held on February 11, 2016, is hereby confirmed and the interest of all lien holders are divested.

2. That the United States Marshal is directed to execute and deliver to BP REAL ESTATE INVESTMENT GROUP, LP, their successors and assigns ("Purchaser"), a good and sufficient deed, conveying all the right, title, and interest of JESSICA L. KEISTER and MARTIN W. KEISTER, in and to the premises sold located at 208 Cloverlane Drive a/k/a 208 Clover Lane, Manchester, PA 17345

3. The Deed shall be recorded by the Purchaser within thirty (30) days of its delivery to the Purchaser by the Marshal. The Purchaser is solely responsible for payment of all recording charges and expenses.

4. That jurisdiction is retained for such further orders or decrees as may be necessary.

      /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania