**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | CIVIL ACTION NO. 1:14-CV-2339 |
|     **Plaintiff** : | |
| : | **(Chief Judge Conner)** |
|     v. : | |
| : | |
| **JESSICA L. KEISTER** and : | |
| **MARTIN W. KEISTER,** : | |
|     **Defendants** : | |

## ORDER

AND NOW, this 3rd day of May, 2016, upon consideration of plaintiff's amended schedule of distribution (Doc. 16), as well as prior orders of this court granting plaintiff's motion for default judgment (Doc. 9), providing for the sale of real property located at 208 Cloverlane Drive a/k/a 208 Clover Lane, Manchester, PA 17345, and of the order of court dated March 15, 2016 (Doc. 13), confirming the sale of that property, it is hereby ORDERED that said amended schedule of distribution is APPROVED and shall be entered on the docket by the Clerk and the U.S. Marshal shall distribute the proceeds of the sale of the property in accordance with the amended schedule of distribution (Doc. 16)

                                            /S/ CHRISTOPHER C. CONNER
                                            Christopher C. Conner, Chief Judge
                                            United States District Court
                                            Middle District of Pennsylvania